IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ARTHUR NEAL ATTERBERRY, JR.                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:20-cv-23-KS-RPM

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                        DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge Robert P. Myers, Jr. entered herein on July 28, 2021, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Commissioner's decision is AFFIRMED.. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __26th___ day of August, 2021.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE